# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAMON PICKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14 C 6467 |
| | ) |
| KANE COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This Court's brief August 22, 2014 memorandum order ("Order") dismissed both the Complaint and this action instituted by pro se prisoner plaintiff Ramon Pickens ("Pickens"). But because Pickens' fatal substantive deficiencies were accompanied by his failure either to pay the $350 filing fee up front or to seek the special type of in forma pauperis treatment that 28 U.S.C. § 1915 ("Section 1915") provides for prisoner litigants, the Order also transmitted an In Forma Pauperis Application to Pickens for his execution and submission, and it also ordered that he also provide to this Court a certified copy of his trust fund account statement showing all deposits and withdrawals during the six-month period that had ended August 10 (see Section 1915(a)(2)).

Pickens has not responded to the Order's directives at all, but he cannot thus escape the statutory burden imposed by Congress on litigants in his situation. Accordingly the financial officer at the Kane County Jail is ordered to remit to this District Court forthwith, as an initial partial filing fee, an amount equal to 20% of the average monthly deposits to Pickens' trust fund account there during the six-month period that ended August 10, 2014 (or during such lesser period as Pickens was in custody at that institution) (see Section 1915(b)(1)(A)) plus 20% of any

amounts deposited in that account from August 14 through September 30, 2014. That amount is to be collected from Pickens' trust fund account and to be paid directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention: Fiscal Department

After such payment the trust fund officer at Kane County Jail (or at any other correctional facility where Pickens may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Pickens' name and the 14 C 6467 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Kane County Jail trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 2, 2014